# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN K. GERMANO, | ) | CASE NO. 5:14 CV 458 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This action was filed by plaintiff John K. Germano on February 27, 2014. On March 24, 2014, plaintiff filed a Motion to Voluntarily Dismiss Complaint without Prejudice, citing his ongoing efforts to obtain a loan modification.

For good cause shown, the Motion to Voluntarily Dismiss (Doc. No. 9) is granted and this case is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(b)(2).

**IT IS SO ORDERED**.

Dated: March 24, 2014

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**